IN THE UNITED STATES DISTRICT COURT FOR THE FILED

EASTERN DISTRICT OF VIRGINIA

Alexandria Division 2012 NOV -8 A 11: 08

CLERK US DISTRICT COURT ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Docket No. 1:12MJ 717 |
| v. | ) | CLASS A MISDEMEANOR |
| | ) | Initial Appearance: November 13, 2012 |
| JARED B. MAITES | ) | |
| | ) | |
| | ) | |

CRIMINAL INFORMATION
(Count 1 - CLASS A MISDEMEANOR- 3894643)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 4, 2012, at the George Washington Memorial Parkway, in the Eastern District of Virginia, the defendant, JARED B. MAITES, did unlawfully, knowingly and intentionally possess a mixture and substance which contains a detectable amount of Marijuana, a Schedule I controlled substance.

(Violation of Title 21, United States Code, Section 844).

(Count 2 - CLASS A MISDEMEANOR)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about November 4, 2012, at the George Washington Memorial Parkway, in the Eastern District of Virginia, the defendant, JARED B. MAITES, did unlawfully, knowingly and intentionally possess a mixture and substance which contains a detectable amount of Clonazepam, a Schedule IV controlled substance.

(Violation of Title 21, United States Code, Section 844).

NEIL H. MacBRIDE
UNITED STATES ATTORNEY

By: ______________________
Rosanne C. Haney
Assistant U.S. Attorney
Attorney for the United States
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)-299-3743
Fax: (703)-299-3980
rosie.haney@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information will be mailed to the defendant on the 8th day of November, 2012.

Rosanne C. Haney
Assistant United States Attorney